Argued January 5—decided January 6, 1965

THOMAS H. CORRIGAN, ADMINISTRATOR (ESTATE OF JOSEPH A. FOY) *v.* CLINTON H. ROWLAND ET AL.

The motion by the plaintiff to dismiss the appeal of the defendant Mary A. Moriarty from the Superior Court in Hartford County is denied.

*William C. Galligan,* for the appellee (plaintiff).

*William R. Moller,* with whom was *Edmund T. Curran,* for the appellant (defendant Mary A. Moriarty).

*J. Brooks Johnson, Jr.,* for the appellees (defendants Rowland et al.).

*Richard W. Shettle* appeared for the appellee (defendant Philip Ritone).

Argued January 5—decided January 20, 1965

